# EXHIBIT 3

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

OQUIRRH MOUNTAIN LAW GROUP, P.C.

**Entity Number:**

13593132-0144

**Entity Type:**

Domestic Business Corporation

**Entity Subtype:**

None

**Formation Date:**

09/14/2023

**Profession:**

N/A

**Formation Effective Date:**

09/14/2023

**Entity Status:**

Active

**Renew By Date:**

09/30/2024

**Entity Status Details:**

Current

**Last Renewed Date:**

N/A

Status Updated On:

06/02/2025

## REGISTERED AGENT INFORMATION

**Name:**

CT CORPORATION SYSTEM

**Registered Agent Type:**

Entity

**Entity Number:**

7140008-0250 (/BusinessSearch/BusinessInformation?businessId=7140008&Source=fromFormation)

**Status:**

Active

**Street Address:**

1108 E SOUTH UNION AVE, Midvale, UT, 84047, USA

**Last Updated:**

6/2/2025 4:09:59 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| CEO | JOHN C HEATH | 257 E 200 S STE 1000, Salt Lake City, UT, 84111, USA | 09/13/2024 |
| Director | JOHN C HEATH | 257 E 200 S STE 1000, Salt Lake City, UT, 84111, USA | 09/13/2024 |
| President | Cody W. Johnson | 7501 E McCormick Pkwy, Ste 125S, Scottsdale, AZ, 82528, USA | 06/02/2025 |
| Treasurer | ERIC M KAMERATH | 257 E 200 S STE 1000, Salt Lake City, UT, 84111, USA | 09/13/2024 |
| Vice President | ERIC M KAMERATH | 257 E 200 S STE 1000, Salt Lake City, UT, 84111, USA | 09/13/2024 |



< Previous    …    1    2    …    Next >    Page 1 of 2, records 1 to 5 of 6    [          ]    Go to Page

## ADDRESS INFORMATION

**Physical Address:**

Unknown, N/A, UT, 00000, USA

**Updated Date:**

6/2/2025 4:09:59 PM

**Mailing Address:**

Unknown, N/A, UT, 00000, USA

**Updated Date:**

6/2/2025 4:09:59 PM

Filing History        Name History        Mergers/Conversions        Associated DBAs

Return to Search        Return to Results