**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**PATRICIA SANDERS,**

**Plaintiff,**

**v.**

**Civil Action No. 4:25-cv-00149-JKW-DEM**

**OQUIRRH MOUNTAIN LAW GROUP, P.C., d/b/a LEXINGTON LAW,**

**Defendant.**

**DEFENDANT OQUIRRH MOUNTAIN LAW GROUP, P.C. D/B/A LEXINGTON LAW'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant Oquirrh Mountain Law Group, P.C. d/b/a Lexington Law ("Oquirrh Mountain Law Group"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1412, respectfully moves this Court to dismiss Plaintiff's Amended Complaint (ECF No. 7) with prejudice. In the alternative, Oquirrh Mountain Law Group requests a transfer of this case to the United States District Court for the District of Delaware for referral to the United States Bankruptcy Court for the District of Delaware. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE, Oquirrh Mountain Law Group respectfully requests that the Court enter an order: (1) granting Oquirrh Mountain Law Group's Motion to Dismiss; (2) dismissing Plaintiff's claims with prejudice for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6); and (3) granting such further relief as the Court deems appropriate.

In the alternative, Oquirrh Mountain Law Group respectfully requests that the Court enter an order transferring this case to the United States District Court for the District of Delaware for referral to the United States Bankruptcy Court for the District of Delaware.

Date: January 30, 2026

**OQUIRRH MOUNTAIN LAW GROUP, P.C.**
**D/B/A LEXINGTON LAW**

By: */s/ Noah J. DiPasquale*
Noah J. DiPasquale
Virginia State Bar No. 96519
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1266
Facsimile: (804) 697-1339
Email: noah.dipasquale@troutman.com

*Counsel for Oquirrh Mountain Law Group, P.C.*
*d/b/a Lexington Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Noah J. DiPasquale*
Noah J. DiPasquale
Virginia State Bar No. 96519
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1266
Facsimile: (804) 697-1339
Email: noah.dipasquale@troutman.com

*Counsel for Oquirrh Mountain Law Group, P.C. d/b/a Lexington Law*